IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-1170-WYD-CBS

BEVERLY KNUCKLES,

    Plaintiff,

v.

VISTA GRANDE NURSING HOME,
MONTEZUMA COUNTY,
SHELLY LAY and DOES 1-10, INCLUSIVE,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on Rebecca A. Pescador's Motion for Relief from Sanctions [# 113], filed April 12, 2006. In that motion, Ms. Pescador requests an order granting her relief from sanctions ordered for the attorney fees of Robert Duthie. By way of background, I note that on February 8, 2005, I issued an order in which I directed Mr. Duthie to cash checks made payable to Royal Sun Alliance for the attorney's fees of Robert Duthie. In her present motion, Ms. Pescador states that while those checks were cashed, none of the checks provided to Mr. Duthie since that time have been cashed. Accordingly, she seeks an order that all payments made to date be deemed paid, whether the checks clear or not, and that the remainder of the sanctions awarded for Mr. Duthie's fees be discharged by this Court.

On April 20, 2006, Defendant Vista Grande filed a response to Ms. Pescador's motion stating that it did not object to the motion, which is specific to the payments that

Ms. Pescador is making towards Mr. Duthie's attorneys fees. It noted that Ms. Pescador continues to owe sanctions for Mr. Miles' fees on this matter and that such sanctions should not be discharged. On May 4, 2006, Defendant Shelley Lay through her counsel of record Robert C. Duthie III filed a response. In that response, Defendant stated, "The undersigned consents to relief requested by Plaintiff's counsel regarding payments ordered to make toward the attorney fees of Robert C. Duthie, III's." Mr. Duthie, thus, has conceded the motion.

Having reviewed the motion, responses, and being otherwise fully advised, it is

ORDERED that Rebecca A. Pescador's Motion for Relief from Sanctions is **GRANTED**. It is

FURTHER ORDERED that the remaining sum owed for the fees of Robert Duthie is hereby discharged. It is

FURTHER ORDERED that Rebecca A. Pescador no longer owes any sanctions to Robert Duthie on this matter. It is

FURTHER ORDERED that this order does not affect the sanctions owed for other attorneys' fees previously ordered by the Court.

Dated: July 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge